UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-21625-CV-GAYLES/OTAZO-REYES

GROVE GARDEN RESIDENCES
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

ROCKHILL INSURANCE COMPANY and
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

    Defendants.
_____/

## ORDER RE: PRIVILEGE LOG

THIS CAUSE came before the Court upon Plaintiff Grove Garden Residences Condominium Association, Inc.'s ("Plaintiff") objections to Defendant Rockhill Insurance Company's ("Rockhill") attorney-client privilege claims [D.E. 152, 152-1]. Having conducted an *in camera* review of the relevant documents, which were submitted by Plaintiff, and having considered the arguments of counsel [D.E. 157, 164, 166], it is

ORDERED AND ADJUDGED that Plaintiff's attorney-client privilege claims for the documents listed in D.E. 152-1 are sustained.

DONE AND ORDERED in Chambers at Miami, Florida this 12th day of March, 2020.

                                                              ALICIA M. OTAZO-REYES
                                                              UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
        Counsel of Record